EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Reinaldo Arroyo Rivera | Solicitud de Reinstalación 99 TSPR 179 |
| --- | --- |

Número del Caso: TS-5225

Fecha: 03/12/1999

Abogados de la Parte Peticionaria: Lcdo. Carlos Noriega
Lcdo. Heriberto Alonso Rivera

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

    Reinaldo Arroyo Rivera

                    TS-5225

RESOLUCION

San Juan, Puerto Rico, a 3 de diciembre de 1999.

Vista la moción del querellado solicitando reinstalación al ejercicio de la abogacía y notaría y habiéndose cumplido el término de tres (3) meses de suspensión, se ordena la reinstalación de Reinaldo Arroyo Rivera al ejercicio de la abogacía.

Se le concede a la Directora de la Oficina de Inspección de Notarías un término de treinta (30) días para que rinda un informe sobre su obra notarial.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Negrón García, el Juez Asociado señor Rebollo López y la Juez Asociada señora Naveira de Rodón no intervinieron.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo